Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27741−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruslan Shupak
   2016 Wilson Avenue
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−5275

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/2/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 2, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Ruslan Shupak
    Debtor

Case No. 18-27741-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 02, 2020
                         Form ID: 148     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.
```
db             +Ruslan Shupak,    2016 Wilson Avenue,    Toms River, NJ 08753-5948
517869440       Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
518623111       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
518623112       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,    Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 03 2020 00:43:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 03 2020 00:43:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517739539       EDI: BANKAMER.COM Sep 03 2020 04:03:00      Bank of America,    PO Box 982234,
                 El Paso, TX 79998-2234
517739540       EDI: JPMORGANCHASE Sep 03 2020 04:03:00      Chase,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
517870148       E-mail/Text: bkdepartment@rtresolutions.com Sep 03 2020 00:43:22
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
517739541       E-mail/Text: bkdepartment@rtresolutions.com Sep 03 2020 00:43:22
                 Real Time Resolutions, Inc.,    PO Box 731940,    Dallas, TX 75373-1940
517832155       EDI: WFFC.COM Sep 03 2020 04:03:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517739542       EDI: WFFC.COM Sep 03 2020 04:03:00      Wells Fargo- Visa,    PO Box 77053,
                 Minneapolis, MN 55480-7753
                                                                                              TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517739543      ##ditech Financial LLC,    PO Box 6172,    Rapid City, SD 57709-6172
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:
```
          Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           hkaplan@rasnj.com, informationathnk@aol.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          Robert J. Jeney, Jr.    on behalf of Debtor Ruslan  Shupak robertjeney@jeneylaw.com,
           rjjeney@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```